JS-6 / ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERTO PADILLA, | ) | Case No.   CV 08-7274-PA (MLG) |
|     Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES D. HARTLEY, WARDEN, | ) | |
|     Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: June 9, 2009

_____
Percy Anderson
United States District Judge

